UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| KEISHONNA HARPER, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:21-cv-0571-O |
| § | |
| LOCKHEED MARTIN CORP., § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1) Summary judgment is **GRANTED** in favor of Defendant on all claims.

2) The case is **DISMISSED**.

3) The clerk shall transmit a true copy of this Judgment, together with a true copy of the Orders (ECF Nos. 47, 80) to the parties.

**SO ORDERED** this **8th day** of **June, 2022**.

_Reed O'Connor_
UNITED STATES DISTRICT JUDGE